IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID J. MCNAIR                                                                                    PLAINTIFF

     v.                                              CIVIL NO. 13-3076

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                          DEFENDANT

## **O R D E R**

     Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

     Plaintiff's IFP application indicates that his wife earns $35,000.00 to $40,000.00 per year from her employment. ECF No. 2. However, Plaintiff did not indicate the nature of his wife's employment and her monthly income (specifically, gross income and take-home pay). As such, Plaintiff is directed to submit an amended IFP application providing more specific information regarding his sources of income. Plaintiff is directed to file his amended IFP application by August 15, 2013. Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

     IT IS SO ORDERED this 1st day of August 2013.

                                                                          /s/ *J. Marschewski*
                                                                      HONORABLE JAMES R. MARSCHEWSKI
                                                                      CHIEF UNITED STATES MAGISTRATE JUDGE